ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Corinthian-WBCM, a Joint Venture | ) ASBCA No. 62379 |
| | ) |
| Under Contract No. N40080-15-C-0169 | ) |

APPEARANCES FOR THE APPELLANT:     Vivian Katsantonis, Esq.
                                   Jonathan R. Wright, Esq.
                                     Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                     McLean, VA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  Sean P. Morgan, Esq.
                                  Devin A. Wolak, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The parties have settled this dispute and jointly stipulate to dismissal with prejudice. Therefore, this appeal is dismissed with prejudice.

Dated: September 21, 2021

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62379, Appeal of Corinthian-WBCM, a Joint Venture, rendered in conformance with the Board's Charter.

Dated: September 22, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services